1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA
10

11  CASSANDRA STAFFORD,              )  Civil No. 06cv0398-H(BLM)
                                     )
12                   Plaintiff,      )
                                     )  **ORDER FOLLOWING EARLY NEUTRAL**
13  v.                               )  **EVALUATION CONFERENCE, SETTING**
                                     )  **RULE 26 COMPLIANCE AND NOTICE**
14  CITY OF SAN DIEGO; OFFICER W.    )  **OF CASE MANAGEMENT CONFERENCE**
    ORVOSH; and DOES 1-20,           )
15                                   )
                     Defendants.     )
16  _____  )

17       On September 19, 2006 at 1:30 p.m. the Court convened an
18  Early Neutral Evaluation Conference (ENE) in the above-entitled
19  action.  Appearing were Jim Dunn, Esq. and Cassandra Stafford on
20  behalf of plaintiff and George Schaefer, Esq., Michael Gomez, and
21  William Orvosh on behalf of defendants.
22       Settlement of the case could not be reached at the ENE and
23  the Court therefore discussed compliance with Rule 26 of the Federal
24  Rules of Civil Procedure.  Based thereon, the Court issues the
25  following orders:
26       1.   Any objections made to initial disclosure pursuant to
27  Rule 26(a)(1)(A-D) are overruled, and the parties are ordered to
28  proceed with the initial disclosure process.  Any further objections

1 | to initial disclosure will be resolved as required by Rule 26;

2 |     2.   The Rule 26(f) conference shall be completed on or
3 | before **October 3, 2006**;

4 |     3.   A joint discovery plan shall be <u>lodged</u> with Magistrate
5 | Judge Barbara L. Major on or before **October 10, 2006**;

6 |     4.   Initial disclosures pursuant to Rule 26(a)(1)(A-D) shall
7 | occur on or before **October 17, 2006**; and,

8 |     5.   A Case Management Conference pursuant to Rule 16(b)
9 | shall be held on **October 26, 2006** at **2:15 p.m.**, or as soon
10 | thereafter as the Court's calendar will allow, with the chambers of
11 | Magistrate Judge Major.  **Counsel shall appear telephonically.**  The
12 | Court will initiate the conference call.

13 |     Parties are hereby warned that failure to comply with this
14 | Order may result in the imposition of sanctions.  Additionally,
15 | failure to respond to discovery requests or to comply with the
16 | Federal Rules of Civil Procedure regarding discovery may result in
17 | the imposition of sanctions including monetary sanctions,
18 | evidentiary sanctions and the dismissal or default of your case.

19 |     **IT IS SO ORDERED.**

20 | DATED: <u>September 20, 2006</u>

21

22

23 |     BARBARA L. MAJOR
    United States Magistrate Judge

24 | COPY TO:

25 | HONORABLE MARILYN L. HUFF
    UNITED STATES DISTRICT JUDGE
26

    ALL COUNSEL AND PARTIES
27

28